In the Matter of EDITH R. PLOSS et al., Appellants, v. HYMAN WANK et al., Constituting the Board of Assessors of the City of New York, et al., Respondents.— Motion by respondents to dismiss appeal granted and appeal dismissed, without costs. Cross motion by appellants to restore their appeal to the calendar, denied. Nolan, P. J., Ughetta, Christ and Brennan, JJ.; Pette, J., not voting.

In the Matter of BROOKLYN BAR ASSOCIATION, Petitioner. ANTHONY A. SALVO, an Attorney, Respondent.— Motion by petitioner to confirm the report of the Official Referee, granted except as to the degree of discipline recommended. The learned Referee recommended a three-month suspension from practice. In our opinion, under all the circumstances of this case and since it appears that respondent is not guilty of any moral turpitude, he should be censured rather than suspended. It appears that his difficulties with the one client involved were due primarily to respondent's inexperience in the conduct of a bankruptcy proceeding which he was retained to institute, and that the client suffered no prejudice. However, because of respondent's lack of frankness in dealing with his client in relation to such bankruptcy proceeding, respondent should be and hereby is censured. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

In the Matter of the Accounting of YETTA S. NUDELMAN, as Executrix of LOTTI SAUER, Deceased, Respondent. MORRIS SAUER, Appellant.— On the call of the calendar, appeal dismissed; there being no appearance for appellant and appellant having failed to comply with an order of this court, dated December 27, 1960, requiring him to perfect his appeal for the March 1961 Term. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

In the Matter of the Probate of the Will of SABINE C. SCHINDHELM, Deceased. SELMA WIPPER, Appellant; JOHN C. GLENN, as Public Administrator of Queens County, Respondent.— Motion by petitioner-appellant for stay, pending appeal, from order directing her to serve a supplemental citation upon certain persons. Motion granted. Cross motion by respondent Public Administrator to stay hearing of appeal from above order until determination of petitioner's appeal from another order denying her motion for summary judgment striking out the answer of said respondent. Cross motion denied. Both appeals should be heard together. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

In the Matter of the Accounting of DOROTHEA A. SHEARN, as Executrix of CLARENCE J. SHEARN, Deceased, Appellant. SIDNEY H. REICH et al., Respondents.— Motion by referee-respondent to dismiss appeal, denied on condition that within 10 days after entry of the order hereon, appellant shall file the undertaking prescribed by statute (Surrogate's Ct. Act, § 298). Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

In the Matter of the VILLAGE OF SUFFERN, Respondent, v. REALTY FUNDS CORPORATION, Appellant.— Motion by respondent for reargument and resettlement of order dated January 3, 1961, or for other relief; and cross motion by appellant for reargument and resettlement of said order, referred to the court that rendered the decision. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur. Motion and cross motion denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.

CYRUS C. JONES, Respondent, v. LEONARD I. BLUESTONE, Appellant.— Motion by respondent to dismiss appeal, denied. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.